(COB Form)(12/03)

UNITED STATES BANKRUPTCY COURT
**District of Colorado**

In re:    Sharon M Cassity
aka(s), if any will be listed on the following page.

SSN/TID
Nos.    xxx–xx–4890

Debtor(s)                                           Case Number.: 09–33300–EEB

## NOTICE OF REVOCATION OF DISCHARGE

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Rule 4006 the following–described order has been issued in this proceeding:

Order Revoking Discharge dated: 06/04/2013

entered in Adversary Proceeding No.: 13–1198

Dated:  6/21/13                          Kelly J. Sweeney (Acting Clerk) , Clerk
                                         by: s/ Jaime Escudero

## Aliases Page

**Debtor aka(s):**

aka Sharon Marie Cassity, aka S Marie Cassity, aka S M Cassity